Query  Reports  Utilities  Help  What's New  Log Out

BOND,CLOSED

# U.S. District Court
## United States District Court for the Western District of Washington (Tacoma)
## CRIMINAL DOCKET FOR CASE #: 3:10-cr-05001-RJB-1

| | |
|---|---|
| Case title: USA v. Saldana et al | Date Filed: 01/06/2010 |
| Magistrate judge case number: 3:09-mj-05290-DWC | Date Terminated: 10/22/2010 |

Assigned to: Judge Robert J. Bryan

**Defendant (1)**

**Armando S Saldana**  represented by  **Michael Edward Schwartz**
*TERMINATED: 10/22/2010*  524 TACOMA AVE S
 TACOMA, WA 98402
 253-272-7161
 Fax: 253-272-7178
 Email: mschwartz@mschwartz-law.com
 *TERMINATED: 05/13/2010*
 *LEAD ATTORNEY*
 *Designation: CJA Appointment*

 **Zenon P Olbertz**
 1008 S YAKIMA
 SUITE 302
 TACOMA, WA 98405
 253-272-9967
 Fax: FAX 1-253-572-1441
 Email: Zenon@olbertzlaw.net
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*
 *Designation: CJA Appointment*

 **April Boutillette Brinkman**
 613 WEST 11TH STREET
 VANCOUVER, WA 98660
 360-521-6644
 Email: brinkman_april@yahoo.com
 *TERMINATED: 12/30/2009*
 *Designation: CJA Appointment*

**Pending Counts**  **Disposition**

CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE  120 mos BOP custody; 5 yrs SR; fine waived; $100 SPA
(1s)

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| Conspiracy to Distribute Methamphetamine 21:841(a)(1) & 841(b)(1)(B) & 846 (1) | disposed |
| Distribution of Methamphetamine 21:841(a)(1) & 841(b)(1)(C) & 18:2 (2-6) | disposed |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| 21:841A=CD.F - Count 1: Conspiracy to Distribute Methamphetamine; 21:841A=CD.F - Counts 2-6: Distribution of Methamphetamine | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Michael Dion**<br>US ATTORNEY'S OFFICE (SEA)<br>700 STEWART ST<br>STE 5220<br>SEATTLE, WA 98101-1271<br>206-553-7729<br>Email: michael.dion@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2009 | 1 | COMPLAINT as to Armando S Saldana (1) and Ernesto M Saldana (2). (KAM) [3:09-mj-05290-DWC] (Entered: 12/08/2009) |
| 12/10/2009 | | Case unsealed as to Armando S Saldana, Ernesto M Saldana (TW) [3:09-mj-05290-DWC] (Entered: 12/14/2009) |
| 12/30/2009 | | Arrest of Armando S Saldana on 12/30/2009. (TW) [3:09-mj-05290-DWC] (Entered: 12/30/2009) |
| 12/30/2009 | 14 | CJA 20 as to Armando S Saldana: Appointment of Attorney April Boutillette Brinkman for Armando S Saldana signed by Judge David W. Christel. **FOR INITIAL APPEARANCE ONLY***(TW) [3:09-mj-05290-DWC] (Entered: 12/30/2009) |
| 12/30/2009 | 15 | CJA 20 as to Armando S Saldana: Appointment of Attorney Michael Edward Schwartz for Armando S Saldana signed by Judge David W. Christel. (TW) [3:09-mj-05290-DWC] (Entered: 12/30/2009) |

| | | |
|---|---|---|
| 12/30/2009 | 16 | MOTION for Detention by USA as to Armando S Saldana (TW) [3:09-mj-05290-DWC] (Entered: 12/30/2009) |
| 12/30/2009 | 17 | Minute Entry for proceedings held before Judge David W. Christel- CRD: *Dayve Taylor*; AUSA: *Randy St.Clair*; Def Cnsl: *April Brinkman for Michael Schwartz*; PTS: *Michele Martins*; Time of Hearing: *2:50*; Session #: *VANC123009*; **INITIAL APPEARANCE** as to Armando S Saldana held on 12/30/2009. Defendant advised of rights and charges. Court hears argument on Mtn to Unshackle - DENIED. Defendant remanded to custody. Detention Hearing set for 1/4/2010 at 01:30 PM in D Courtroom before Judge J Richard Creatura. Preliminary Examination set for 1/13/2010 at 10:00 AM in D Courtroom before Judge J Richard Creatura. (TW) [3:09-mj-05290-DWC] (Entered: 12/30/2009) |
| 12/30/2009 | 18 | Arrest Warrant Returned Executed on 12/30/09 in case as to Armando S Saldana. (TW) [3:09-mj-05290-DWC] (Entered: 12/30/2009) |
| 12/31/2009 | 19 | NOTICE OF RESCHEDULED HEARING TIME as to Armando S Saldana (cc: USPO, PTS, USMO): The time for the Detention Hearing on 1/4/2010 is now **03:15 PM** in D Courtroom before Judge J Richard Creatura. (TW) [3:09-mj-05290-DWC] (Entered: 12/31/2009) |
| 12/31/2009 | 20 | NOTICE OF ATTORNEY APPEARANCE: Michael Edward Schwartz appearing for Armando S Saldana (Schwartz, Michael) [3:09-mj-05290-DWC] (Entered: 12/31/2009) |
| 12/31/2009 | 21 | DEMAND by Armando S Saldana (Schwartz, Michael) [3:09-mj-05290-DWC] (Entered: 12/31/2009) |
| 01/04/2010 | 22 | Minute Entry for proceedings held before Judge J Richard Creatura- CRD: *K Miller*; AUSA: *Jim Lord for Michael Dion*; Def Cnsl: *Michael Schwartz*; PTS: *Sarah Cavendish*; Time of Hearing: *3:00 PM*; Courtroom: *D*; Session #: *TAC100104*; **DETENTION HEARING** as to Armando S Saldana held on 1/4/2010. Defendant stipulates to the issue. Defendant ORDERED detained without prejudice to review. Defendant remanded to custody. (KAM) [3:09-mj-05290-DWC] (Entered: 01/04/2010) |
| 01/04/2010 | 23 | DETENTION ORDER PENDING TRIAL as to Armando S Saldana by Judge J Richard Creatura. This Order is entered without prejudice to review. (cc: PTS, USMO) (KAM) [3:09-mj-05290-DWC] (Entered: 01/04/2010) |
| 01/06/2010 | 24 | INDICTMENT as to Armando S Saldana (1) count(s) 1, 2-6, Ernesto M Saldana (2) count(s) 1, 2-3, 6. (Attachments: # 1 Status Sheet) (JK) (Entered: 01/06/2010) |
| 01/06/2010 | 25 | **SEALED Signature Page** to 24 Indictment as to Armando S Saldana, Ernesto M Saldana. (JK) (Entered: 01/06/2010) |
| 01/06/2010 | 26 | ORDER CONTINUING DETENTION as to Armando S Saldana by Hon. Brian A Tsuchida. cc: USMO; (JK) (Entered: 01/06/2010) |
| 01/06/2010 | 28 | Letter scheduling arraignment for defendant Armando S Saldana, Ernesto M Saldana. Arraignment set for 1/15/2010 at 01:30 PM before Judge J Richard Creatura. (Dion, Michael) (Entered: 01/06/2010) |
| 01/15/2010 | 31 | Minute Entry for proceedings held before Judge J Richard Creatura- CRD: *K Miller*; AUSA: *Barb Sievers for Mike Dion*; Def Cnsl: *Michael Schwartz*; Time of Hearing: *1:30 PM*; Courtroom: *D*; Session #: *TAC100115*; **ARRAIGNMENT** as to Armando S Saldana (1) on Counts 1,2-6 held on 1/15/2010. Defendant advised of charges and penalties. Defendant plead NOT GUILTY to all charges. Defendant remanded to custody. Motions due by 2/5/2010. Jury Trial is set for 3/8/2010 at 09:30 AM in A Courtroom before Judge Robert J. Bryan. Pretrial Conference set for 3/2/2010 at 08:30 AM in A Courtroom before Judge Robert J. Bryan. (KAM) (Entered: 01/15/2010) |

| Date | No. | Description |
|---|---|---|
| 02/04/2010 | 33 | STIPULATED MOTION *TO CONTINUE TRIAL DATE* by Ernesto M Saldana as to Armando S Saldana, Ernesto M Saldana (Attachments: # 1 Proposed Order)(Sullivan, Linda) (Entered: 02/04/2010) |
| 02/04/2010 | 34 | AFFIDAVIT of LINDA R. SULLIVAN by Ernesto M Saldana as to Armando S Saldana, Ernesto M Saldana re 33 STIPULATED MOTION filed by Ernesto M Saldana (Sullivan, Linda) (Entered: 02/04/2010) |
| 02/04/2010 | 37 | ORDER CONTINUING TRIAL DATE as to Armando S Saldana, Ernesto M Saldana Bryan. (cc: PTS/USPO, USMO)( Jury Trial is RESET for 5/17/2010 at 09:30 AM in Courtroom A before Judge Robert J. Bryan. Motions due by 4/16/2010. Pretrial Conference RESET for 5/7/2010 at 08:30 AM.) (DK) (Entered: 02/05/2010) |
| 04/13/2010 | 38 | MOTION to Continue Trial **Unopposed** by Ernesto M Saldana as to Armando S Saldana, Ernesto M Saldana (Attachments: # 1 Proposed Order) Noting Date 4/23/2010, (Carpenter, John) (Entered: 04/13/2010) |
| 04/13/2010 | 39 | AFFIDAVIT of John C. Carpenter by Ernesto M Saldana as to Armando S Saldana, Ernesto M Saldana re 38 MOTION to Continue Trial filed by Ernesto M Saldana (Carpenter, John) (Entered: 04/13/2010) |
| 04/20/2010 | 41 | ORDER CONTINUING TRIAL DATE as to Armando S Saldana, Ernesto M Saldana, by Judge Robert J. Bryan. (cc: PTS/USPO, USMO) Jury Trial is RESET for 6/7/2010 at 09:30 AM in Courtroom A before Judge Robert J. Bryan. Motions due by 5/6/2010, Pretrial Conference set for 5/26/2010 at 08:30 AM. (DK) (Entered: 04/20/2010) |
| 04/28/2010 | 42 | WAIVER of Speedy Trial by Armando S Saldana (Schwartz, Michael) (Entered: 04/28/2010) |
| 05/10/2010 | 44 | NOTICE OF HEARING as to Armando S Saldana (cc: USPO, PTS, USMO) Change of Plea Hearing set for 5/13/2010 at 10:00 AM in D Courtroom before Judge J Richard Creatura. (KAM) (Entered: 05/10/2010) |
| 05/13/2010 | 45 | Minute Entry for proceedings held before Judge J. Kelley Arnold- CRD: *K Miller*; AUSA: *Michael Dion*; Def Cnsl: *Michael Schwartz*; USPO: *Ed Del Toro*; Time of Hearing: *9:30 AM*; Courtroom: *D*; Session #: *TAC100513*; **Scheduled Change of Plea Hearing Not Held** as to Armando S Saldana. Prior to court this morning, the defendant advised his attorney of his wish for new representation. On the record - AUSA Dion excused from the courtroom. Attorney Mike Schwartz requests the court to allow him to withdraw and hire substitute counsel. Court has colloquy with the defendant on the issue. Court GRANTS request and directs deputy clerk to notify the CJA Adminstration of such ruling. Defendant REMANDED. Trial date remains as previously set. (KAM) (Entered: 05/13/2010) |
| 05/13/2010 | 46 | CJA 20 as to Armando S Saldana: Appointment of Attorney Zenon P Olbertz for Armando S Saldana signed by Judge J. Kelley Arnold. Attorney Zenon P Olbertz replacing Attorney Michael E Schwartz. (KAM) (Entered: 05/13/2010) |
| 05/24/2010 | 53 | MOTION to Continue Trial *Date* by Armando S Saldana. (Attachments: # 1 Proposed Order) Noting Date 5/28/2010, (Olbertz, Zenon) (Entered: 05/24/2010) |
| 05/24/2010 | 54 | WAIVER of Speedy Trial by Armando S Saldana (Olbertz, Zenon) (Entered: 05/24/2010) |
| 05/25/2010 | 55 | ORDER CONTINUING TRIAL DATE as to Armando S Saldana, signed by Judge Robert J. Bryan. (cc: PTS/USPO, USMO) Jury Trial is reset for 9/27/2010 at 09:30 AM. (DK) (Entered: 05/25/2010) |
| 05/25/2010 | 56 | NOTICE OF RESCHEDULED HEARING as to Armando S Saldana (cc: USPO, PTS, USMO) Pretrial Conference is RESET for 9/17/2010 at 08:30 AM. (DK) (Entered: |

| Date | # | Description |
|---|---|---|
| | | 05/25/2010) |
| 07/20/2010 | 59 | NOTICE OF HEARING as to Armando S Saldana (cc: USPO, PTS, USMO) Change of Plea Hearing set for 7/27/2010 at 01:30 PM in F Courtroom before Judge Karen L Strombom. (TW) (Entered: 07/20/2010) |
| 07/20/2010 | 60 | SUPERSEDING FELONY INFORMATION as to Armando S Saldana (1) count(s) 1s. (CMG) (Entered: 07/23/2010) |
| 07/27/2010 | 61 | WAIVER OF INDICTMENT by Armando S Saldana (TW) (Entered: 07/28/2010) |
| 07/27/2010 | 62 | CONSENT TO RULE 11 PLEA in a felony case as to Armando S Saldana (TW) (Entered: 07/28/2010) |
| 07/27/2010 | 63 | PLEA AGREEMENT as to Armando S Saldana (cc: USPO, FLU, AFU) (TW) (Entered: 07/28/2010) |
| 07/27/2010 | 64 | Minute Entry for proceedings held before Judge Karen L Strombom- CRD: *Traci Whiteley*; AUSA: *Michael Dion*; Def Cnsl: *Zenon Olbertz*; USPO: *Ed Del Toro*; Time of Hearing: *2:00*; Courtroom: *F*; Session #: *TAC100727*; **CHANGE OF PLEA HEARING** as to Armando S Saldana held on 7/27/2010. Defendant present in custody. Defendant placed under oath and advised of rights/charges/penalties; Defendant executes Consent to Rule 11 Plea in a felony case before a U.S. Magistrate Judge; Defendant waives indictment by the Grand Jury; Education = high school; Court reviews the plea agreement; Armando S Saldana (1) pleads GUILTY to Count 1s. Court finds the Defendant is competent to enter a guilty plea; Court signs the Report and Recommendation and Counsel have fourteen days to file objections; Court orders the preparation of a Presentence Report. Defendant remanded to custody.<br><br>Sentencing set for 10/22/2010 at 09:30 AM in A Courtroom before Judge Robert J. Bryan. (TW) (Entered: 07/28/2010) |
| 07/27/2010 | 65 | REPORT AND RECOMMENDATION re Plea of Guilty as to Armando S Saldana by Judge Karen L Strombom. (cc: USPO) Noting Date 8/12/2010, (Attachments: # 1 Proposed Acceptance of Plea) (TW) (Entered: 07/28/2010) |
| 07/27/2010 | 66 | ORDER FOR SENTENCING PROCEDURE as to Armando S Saldana by Judge Karen L Strombom. (cc: USPO, PTS) (TW) (Entered: 07/28/2010) |
| 08/13/2010 | 68 | ORDER OF ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING as to Armando S Saldana by Judge Robert J. Bryan. (cc: USPO) (DK) (Entered: 08/13/2010) |
| 10/15/2010 | 79 | MOTION to Seal Document *re Gov's Sentencing Memo* by USA as to Armando S Saldana (Attachments: # 1 Proposed Order) Noting Date 10/26/2010, (Dion, Michael) (Entered: 10/15/2010) |
| 10/15/2010 | 80 | **SEALED DOCUMENT** *Government's Sentencing Memorandum* by USA as to Armando S Saldana re 79 MOTION to Seal Document *re Gov's Sentencing Memo* (Dion, Michael) (Entered: 10/15/2010) |
| 10/15/2010 | 81 | MOTION to Seal Document *& Proposed Order to Seal Sentencing Memorandum* by Armando S Saldana. (Olbertz, Zenon) (Entered: 10/15/2010) |
| 10/15/2010 | 82 | **SEALED DOCUMENT** by Armando S Saldana re 81 MOTION to Seal Document *& Proposed Order to Seal Sentencing Memorandum* (Olbertz, Zenon) (Entered: 10/15/2010) |
| 10/18/2010 | 83 | Letter regarding Sentencing as to defendant Armando S Saldana (Olbertz, Zenon) |

| | | |
|---|---|---|
| | | (Entered: 10/18/2010) |
| 10/22/2010 | 84 | Minute Entry for proceedings held before Judge Robert J. Bryan- CRD: *Dara Kaleel*; AUSA: *Michael Dion*; Def Cnsl: *Zenon Olbertz*; USPO: *Edward Del Toro*; Court Reporter: *Teri Hendrix*; **SENTENCING** held on 10/22/2010 for Armando S Saldana (1). Pending motions to seal GRANTED. Count 1s = 120 mos BOP custody; 5 yrs SR; fine waived; $100 SPA. Recommendation made drug treatment program and placement at FCI Sheridan. Dft advised of appeal rights; Dft remanded to custody. (DK) (Entered: 10/25/2010) |
| 10/22/2010 | 85 | ORDER granting 79 Motion to Seal Document as to Armando S Saldana (1) by Judge Robert J. Bryan.(DK) (Entered: 10/25/2010) |
| 10/22/2010 | 86 | ORDER granting 81 Motion to Seal Document as to Armando S Saldana (1) by Judge Robert J. Bryan.(DK) (Entered: 10/25/2010) |
| 10/22/2010 | 87 | JUDGMENT as to Armando S Saldana by Judge Robert J. Bryan. (cc: USPO, PTS, FLU, Fin., USMO, Sea Tac Det) (DK) (Entered: 10/25/2010) |
| 07/09/2020 | 118 | ORDER/PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION (12C) as to Armando S Saldana by Judge Robert J. Bryan. (Attachments: # 1 Warrant) (TC) Unsealed on 9/16/2020 (TW). (Entered: 07/09/2020) |
| 09/04/2020 | 120 | Rule 5(c)(3) Documents Received as to Armando S Saldana from the District of Oregon (Portland), case number 3:18-CR00400-001-MO, include the following: Docket Sheet, 9/4/20 Minutes, Commitment to Another District, Waiver of Rule 32.1 Hearing, and Transmittal Email.<br><br>**NOTE: Defendant Remains in Custody Pending Transport to WA/WD**. (Attachments: # 1 Transmittal Email)(SP) (Entered: 09/16/2020) |
| 09/16/2020 | 121 | ORDER/SUPPLEMENTAL PETITION FOR OFFENDER UNDER SUPERVISION (12C) as to Armando S Saldana by Judge Robert J. Bryan. (cc: USPO, CJA) (TC) (Entered: 09/16/2020) |
| 09/16/2020 | 124 | Arrest Warrant Returned Executed on 9/16/2020 in case as to Armando S Saldana. (KEB) (Entered: 09/16/2020) |
| 09/16/2020 | 125 | Minute Entry for proceedings held before Judge David W. Christel- CRD: *K Brye*; AUSA: *Hillary Stuart for Michael Dion*; Def Cnsl: *John Carpenter for Zenon Olbertz*; USPO: *Todd Willson*; Court Reporter: *Barry Fanning*; Time of Hearing: *2:30 PM*; Session #: *Zoom Audio/Video*; **INITIAL APPEARANCE AND DETENTION HEARING RE REVOCATION OF SUPERVISED RELEASE VIA ZOOM** as to Armando S Saldana held on 9/16/2020. Financial reviewed - counsel remains appointed. Court addresses need for telephonic/video hearing due to COVID-19. Defendant consents to telephonic/video appearance. Defendant advised of/DENIES violations. Parties argue detention issue. Defendant placed on bond.<br>Evidentiary Hearing on Revocation of Supervised Release set for 9/25/2020 at 10:00 AM in Courtroom A before Judge Robert J. Bryan. (KEB) (Entered: 09/16/2020) |
| 09/16/2020 | 126 | Appearance Bond Entered as to Armando S Saldana (1) Bond with standard and special conditions. (cc: PTS/USPO/USMO) (KEB) (Entered: 09/16/2020) |
| 09/23/2020 | 127 | NOTICE OF RESCHEDULED HEARING as to Armando S Saldana<br>By request of the parties, Evidentiary Hearing on Revocation of Supervised Release RESET for 1/15/2021 at 10:00 AM in Courtroom A before Judge Robert J. Bryan. (cc: USPO, PTS, USMO) (TC) (Entered: 09/23/2020) |
| 01/06/2021 | 130 | NOTICE of Stricken Hearing on Revocation of Supervised Release - Evidentiary Hearing |

| | | |
|---|---|---|
| | | on 1/15/2021; as to Armando S Saldana. (TC) (Entered: 01/06/2021) |
| 08/02/2021 | 131 | ORDER/SUPPLEMENTAL PETITION FOR OFFENDER UNDER SUPERVISION (12C) as to Armando S Saldana by Judge Robert J. Bryan. (cc: USPO, CJA) (TC) (Entered: 08/02/2021) |